UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY MUHAMMAD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Case: 1:08-cv-00859<br>Judge Paul L. Friedman<br>Next Event: Answer to Complaint<br>due July 7, 2008 |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendants, District of Columbia and Mayor Adrian Fenty (collectively, "Defendants"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b)(1), respectfully move this Honorable Court for an enlargement of time within which to serve an answer or otherwise respond to the Complaint, stating:

1. The Defendants are required to file a responsive pleading no later than July 7, 2008.

2. Due to litigation obligations in other cases, counsel for the Defendants seeks an enlargement of twenty five (25) days within which to file a responsive pleading.

3. The Defendants request an enlargement of time to confer with the officers alleged to be involved in the occurrence and to confer with the MPD. The Defendants can then prepare and serve an appropriate response to the Plaintiff's Complaint.

4. If this motion is granted, undersigned counsel is confident that a responsive pleading can be filed on behalf of the Defendants on or before August 1, 2008.

In support of this motion, Defendants respectfully refer the Court to the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

PETER J. NICKELS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/  Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec. I

/S/   Darrell Chambers
DARRELL CHAMBERS [980872]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C.  20001
202-724-6539
e-mail: darrell.chambers@dc.gov

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2008, copies of the foregoing Motion for Enlargement of Time to Respond to the Complaint was mailed first class, postage prepaid to:

Anthony Muhammad
1917 Minnesota Avenue, SE
Washington, D.C. 20020
Plaintiff *Pro Se*

/S/   Darrell Chambers
DARRELL CHAMBERS [980872]
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY MUHAMMAD )<br>)<br>    Plaintiff, )<br>) | Case: 1:08-cv-00859 |
| v. ) | Judge Paul L. Friedman |
| ) | Next Event: Answer to Complaint |
| DISTRICT OF COLUMBIA, *et al.*, ) | due July 7, 2008 |
| )<br>    Defendants. )<br>)<br>) | |

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Fed. R. Civ. P. 6(b)(1).

3. All the reasons set forth in the accompanying motion.

4. The inherent authority of the Honorable Court.

        Respectfully submitted,

        PETER J. NICKELS
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /S/  Kimberly M. Johnson
        KIMBERLY M. JOHNSON [435163]
        Chief, Civil Litigation Sec. I

        /S/   Darrell Chambers
        DARRELL CHAMBERS
        Assistant Attorney General
        441 4TH Street, NW, Suite 600 South
        Washington, D.C.  20001
        202-724-6539
        e-mail: darrell.chambers@dc.gov
        Attorney for Defendants

## RULE 7.1(m) CERTIFICATION

Pursuant to Local Civil Rule 7.1(m), undersigned counsel sought Plaintiff's consent to this motion by telephoning the Plaintiff and leaving a voice mail message on July 1, 2008. Plaintiff did not respond prior to the filing of this motion.

/S/   Darrell Chambers
DARRELL CHAMBERS [980872]
Assistant Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2008, copies of the foregoing Motion for Enlargement of Time to Respond to Complaint, Memorandum of Points and Authorities, and Proposed Order were mailed first class, postage prepaid to:

Anthony Muhammad
1917 Minnesota Avenue, SE
Washington, D.C. 20020
Plaintiff *Pro Se*

/S/   Darrell Chambers
DARRELL CHAMBERS [980872]
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY MUHAMMAD ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:08-cv-00859 |
| v. ) | Judge Paul L. Friedman |
| ) | Next Event: Answer to Complaint |
| DISTRICT OF COLUMBIA, *et al.*, ) | due July 7, 2008 |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

UPON CONSIDERATION of the Defendant's Motion, and any opposition thereto, it is this _____ day of _____ 2008, by the United States District Court for the District of Columbia, ORDERED and ADJUDGED:

1.    That the Motion is hereby GRANTED; and

2.    That the Defendants shall file responsive pleadings no later than Friday, August 1, 2008.

_____
PAUL L. FRIEDMAN,
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY MUHAMMAD )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>  Defendants. )<br>)<br>_____ ) | Case: 1:08-cv-00859<br>Judge Paul L. Friedman<br>Next Event: Answer to Complaint<br>due July 7, 2008 |

## **ORDER**

UPON CONSIDERATION of the Defendant's Motion, and any opposition thereto, it is this _____ day of _____ 2008, by the United States District Court for the District of Columbia, ORDERED and ADJUDGED:

1.  That the Motion is hereby GRANTED; and

2.  That the Defendants shall file responsive pleadings no later than Friday, August 1, 2008.

_____
PAUL L. FRIEDMAN,
UNITED STATES DISTRICT JUDGE