UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY MUHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0859 (PLF) |
| | ) | |
| DISTRICT OF COLUMBIA et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

      This matter is before the Court on the motion to dismiss brought on behalf of the District of Columbia, Mayor Adrian M. Fenty and Metropolitan Police Department Chief Cathy Lanier. Plaintiff is proceeding pro se in this matter.

      In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is hereby

      ORDERED that plaintiff shall respond to defendants' motion to dismiss no later

than **September 4, 2008**.  If plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the complaint against the movants.

        SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 1, 2008