UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
ANTHONY MUHAMMAD,                  )
                                   )
         Plaintiff,                )
                                   )
   v.                              )  Civil Action No. 08-0859 (PLF)
                                   )
DISTRICT OF COLUMBIA et al.,       )
                                   )
         Defendants.               )
_____)

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Defendants' Motion to Dismiss [Dkt. No. 6] is GRANTED in part and DENIED in part; and it is

FURTHER ORDERED that the claims against Mayor Adrian Fenty and Police Chief Cathy Lanier are DISMISSED.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 4, 2008